(Official Form 1) (9/01)

FORM B1, Page 1

FORM B1

# United States Bankruptcy Court
## Northern District of Illinois

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle): <br><br> **nexgen building solutions, llc** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years <br> (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years <br> (include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all): <br> **36-4370021** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code): <br><br> **2 North LaSalle Street** <br> **Suite 1110** <br> **Chicago, IL 60602** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the <br> Principal Place of Business:   **Cook** | County of Residence or of the <br> Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> **P.O. Box 577969** <br> **Chicago, IL 60657-7969** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor <br> (if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

### Type of Debtor (Check all boxes that apply)

☐ Individual(s)
☐ Corporation
☐ Partnership
☒ Other  **Limited Liability Co.**

☐ Railroad
☐ Stockbroker
☐ Commodity Broker

### Chapter or Section of Bankruptcy Code Under Which the Petition Is Filed (Check one box)

☒ Chapter 7      ☐ Chapter 11      ☐ Chapter 13
☐ Chapter 9      ☐ Chapter 12
☐ Sec. 304 - Case ancillary to foreign proceeding

### Nature of Debts (Check one box)

☐ Consumer/Non-Business      ☒ Business

### Chapter 11 Small Business (Check all boxes that apply)

☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

### Filing Fee (Check one box)

☒ Full Filing Fee Attached
☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 mil |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 mil |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

U.S. Bankruptcy Court
Northern District of Illinois
FILED: 02/21/02
Time: 3:38 p.m.
Debtor: NEXGEN BUILDING SOLUTIONS L
Case #: 02-06960
Chapter 7 Rec# 329146
Judge Ronald Barliant
341 mtg: 03/25/02  01:30 P.M.
ConfHrg:   /  /
Trustee: Robert B Katz

1:02BK06960-BK001

(Official Form 1) (9/01)                                                                                FORM B1, Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): **nexgen building solutions, llc** |

**Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)**

| Location Where Filed:  **NONE** | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)**

| Name of Debtor:  **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
   Signature of Debtor

X **Not Applicable**
   Signature of Joint Debtor

   Telephone Number (If not represented by attorney)

   Date

### Signature of Attorney

X _____
   Signature of Attorney for Debtor(s)

   **Keevan D. Morgan,**
   Printed Name of Attorney for Debtor(s) / Bar No.

   **Morgan & Bley, Ltd.**
   Firm Name

   **900 West Jackson Blvd.  Suite 4 East**
   Address

   **Chicago, IL 60607**

   **312.243.0006            312.243.0009**
   Telephone Number
   **2/21/02**
   Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

   **TIMOTHY J. COLLERAN**
   Printed Name of Authorized Individual

   **MEMBER / MANAGER**
   Title of Authorized Individual

   **21 FEB 02**
   Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
   Signature of Attorney for Debtor(s)          Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.
☑   No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

**Not Applicable**
Printed Name of Bankruptcy Petition Preparer

Social Security Number

Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X **Not Applicable**
   Signature of Bankruptcy Petition Preparer

   Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

Keevan D. Morgan
Morgan & Bley, Ltd.
900 West Jackson Blvd.
Suite 4 East
Chicago, IL 60607

312.243.0006
Attorney for the Petitioner(s)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

In Re:
Debtor: **nexgen building solutions, llc**
Social Security Number: 36-4370021

Case No:

Chapter **7**

Numbered Listing of Creditors

| | Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|---|
| 1. | **A.W. Andre Company, Inc.**<br>**Suite 220**<br>**155 N. Wacker Drive**<br>**Chicago, IL 60606** | **Unsecured Claims** | **$ 3,526.80** |
| 2. | **Access Network Solutions**<br>**6595 South Dayton Street**<br>**Suite 3100**<br>**Greenwood Village, CO 80111** | **Unsecured Claims** | **$ 3,581.03** |
| 3. | **Accountemps**<br>**PO Box 6248**<br>**Carol Stream, IL 60197-6248** | **Unsecured Claims** | **$ 8,974.35** |
| 4. | **Accuworld**<br>**200 W. Madison**<br>**Suite 230**<br>**Chicago, IL 60606** | **Unsecured Claims** | **$ 1,051.50** |
| 5. | **Ameritech**<br>**Ameritech Bill Payment Center**<br>**Chicago, IL 60663-0001** | **Unsecured Claims** | **$ 4,675.51** |

In re:   nexgen building solutions, llc

Case No. _____

| | | | |
|---|---|---|---|
| 6. | Anchor Board-Up, Inc.<br>1310 N. Cicero Ave.<br>Chicago, IL 60651 | Unsecured Claims | $ 1,451.30 |
| 7. | AT&T All In One Service<br>PO Box 9001309<br>Louisville, KY 40290-1309 | Unsecured Claims | $ 301.37 |
| 8. | AT&T Business Service<br>PO Box 9001310<br>Louisville, KY 40209-1310 | Unsecured Claims | $ 40.51 |
| 9. | AT&T Wireless Services - Chgo<br>Chicago PO Box 8220<br>Aurora, IL 60572-8220 | Unsecured Claims | $ 447.45 |
| 10. | Barack, Ferrazzano, Kirschbaum, Perlman<br>333 West Wacker Drive<br>Suite 2700<br>Chicago, IL 60606 | Unsecured Claims | $ 29,592.20 |
| 11. | Bell South<br>PO Box 70807<br>Charlotte, NC 28272-0807 | Unsecured Claims | $ 441.06 |
| 12. | Binding Edge<br>2526 S. 2nd Avenue<br>Riverside, IL 60546 | Unsecured Claims | $ 614.35 |
| 13. | C.J. Erickson Plumbing Co<br>4141 W. 124th Place<br>Alsip, IL 60803 | Unsecured Claims | $ 4,187.37 |
| 14. | Cable-Tech Design, PC<br>Mr. Robert H. Sass<br>9000 S. Wolf Road<br>Hinsdale, IL 60521 | Unsecured Claims | $ 4,000.00 |

In re:    nexgen building solutions, llc                                              Case No. _____

| | | | |
|---|---|---|---|
| 15. | Carlson Wagonlit Travel<br>537 W. Diversey Parkway<br>Chicago, IL 60614 | Unsecured Claims | $  900.00 |
| 16. | ComEd<br>ComEd Bill Payment Center<br>Chicago, IL 60668-0001 | Unsecured Claims | $  4,610.56 |
| 17. | CT Corporation Systems | Unsecured Claims | $  399.00 |
| 18. | Cushing and Company<br>31151 Network Place<br>Chicago, IL 60673-1311 | Unsecured Claims | $  3,823.98 |
| 19. | Deluxe Business Forms & Supplies<br>PO Box 742572<br>Cincinnati, OH 45274-2572 | Unsecured Claims | $  117.35 |
| 20. | Disc Makers, Inc.<br>Plant & Main Office 7905 N. Rt 130<br>Pennsauken, NJ 08110 | Unsecured Claims | $  1,624.80 |
| 21. | Dynamex, Inc.<br>PO Box 4230<br>Carol Stream, IL 60197 | Unsecured Claims | $  226.31 |
| 22. | Equitrac Corporation<br>PO Box 025294<br>Miami, FL 33102-5294 | Unsecured Claims | $  4,059.03 |
| 23. | Ernst & Young LLP<br>Bank of America - Chgo 96550<br>PO Box 96550<br>Chicago, IL 60693 | Unsecured Claims | $ 13,300.00 |

In re:    nexgen building solutions, llc

Case No. _____

| | | | |
|---|---|---|---|
| 24. | **Federal Express**<br>PO Box 1140<br>Memphis, TN 38101-1140 | Unsecured Claims | $ 1,387.99 |
| 25. | **FedEx Ground, Inc.**<br>Dept. CH 10472<br>Palatine, IL 60055-0472 | Unsecured Claims | $ 34.08 |
| 26. | **Gables Offices**<br>2801 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | Unsecured Claims | $ 5,302.36 |
| 27. | **Gold Standard Enterprises**<br>7366 N. Lincoln Ave.<br>Suite 200<br>Lincolnwood, IL 60712 | Unsecured Claims | $ 119.87 |
| 28. | **Greg LaHay**<br>837 Timber Glen Lane<br>Ballwin, MO 63021 | Unsecured Claims | $ 2,141.57 |
| 29. | **Hewlett-Packard**<br>PO Box 92013<br>Chicago, IL 60675-2013 | Unsecured Claims | $ 3,902.97 |
| 30. | **Hinckley Spring Water Co.**<br>PO Box 1888<br>Bedford Park, IL 60499-1888 | Unsecured Claims | $ 162.77 |
| 31. | **Hunton & Williams**<br>One Biscayne Tower<br>Suite 2500<br>2 South Biscayne Blvd.<br>Miami, FL 33131-1802 | Unsecured Claims | $ 6,707.94 |
| 32. | **Ideal Coffee and Vending Ser.**<br>6120 N. Pulaski<br>Chicago, IL 60646 | Unsecured Claims | $ 81.50 |

In re:    nexgen building solutions, llc                                      Case No. _____

| | | | |
|---|---|---|---|
| 33. | Infocomm<br>213 W. Institute Place<br>Suite 604<br>Chicago, IL 60646 | Unsecured Claims | $ 3,535.00 |
| 34. | Jeffrey Bedwell<br>2512 N. Bosworth<br>#304<br>Chicago, IL 60614 | Unsecured Claims | $ 1,305.07 |
| 35. | Lassiter Industries, Inc.<br>416 Woodline Drive<br>Spring, TX 77386 | Unsecured Claims | $ 84.00 |
| 36. | Leaf, Dahl and Company, Ltd.<br>6160 N. Cicero Ave.<br>Chicago, IL 60646 | Unsecured Claims | $ 6,025.00 |
| 37. | Maron Electric Company<br>5401 West Fargo Ave.<br>Skokie, IL 60077 | Unsecured Claims | $ 244.50 |
| 38. | Mayer, Brown & Platt<br>190 S. LaSalle Street<br>Chicago, IL 60603-3441 | Unsecured Claims | $ 19,725.73 |
| 39. | McLeod USA<br>PO Box 3243<br>Milwaukee, WI 53201-3243 | Unsecured Claims | $ 3,473.65 |
| 40. | Nextel Communications<br>PO Box 6220<br>Carol Stream, IL 60197-6220 | Unsecured Claims | $ 601.83 |
| 41. | Office Equipment Co. of Chgo<br>900 N. Church Road<br>Elmhurst, IL 60126 | Unsecured Claims | $ 5,532.60 |

In re:   nexgen building solutions, llc                                          Case No. _____

| | | |
|---|---|---|
| 42. | **Performance Mailers**<br>1501 West Ardmore<br>Itasca, IL 60143 | Unsecured Claims | $ 285.00 |
| 43. | **Pickens Kane**<br>Dept. 77-3165<br>Chicago, IL 60678-3165 | Unsecured Claims | $ 1,079.75 |
| 44. | **R.S. Means Company, Inc.**<br>PO Box 340035<br>Boston, MA 02241-0435 | Unsecured Claims | $ 538.54 |
| 45. | **Rentokil**<br>203 N. Wabash Ave.<br>#100<br>Chicago, IL 60601-2410 | Unsecured Claims | $ 879.71 |
| 46. | **Risk Control Services, Inc.**<br>PO Box 19300<br>Raleigh, NC 27619 | Unsecured Claims | $ 1,855.24 |
| 47. | **S.J. Abrams & Co.**<br>Mr. Bart Ames<br>6676 N. Lincoln Ave.<br>Lincolnwood, IL 60172 | Unsecured Claims | $ 11,829.00 |
| 48. | **Savin Corp.**<br>1225 Green Briar Ave.<br>Suite M<br>Addison, IL 60101 | Unsecured Claims | $ 10,696.13 |
| 49. | **Savin Corporation**<br>21146 Network Place<br>Chicago, IL 60673-1211 | Unsecured Claims | $ 12,358.50 |
| 50. | **Standard Parking**<br>Madison and LaSalle Street<br>Chicago, IL 60602 | Unsecured Claims | $ 945.00 |

In re:    nexgen building solutions, llc                                                    Case No. _____

| | | | |
|---|---|---|---|
| 51. | **Steelcase Financial Services**<br>475 Sansom St.<br>19th Floor<br>San Francisco, CA 94111 | **Unsecured Claims** | **$ 27,080.46** |
| 52. | **The One List**<br>PO Box 3895<br>Gaithersburg, MD 20885-3895 | **Unsecured Claims** | **$ 414.00** |
| 53. | **The Weiss Group, Inc.**<br>1111 E. Touhy<br>Suite 235<br>Des Plaines, IL 60018 | **Unsecured Claims** | **$ 125.00** |
| 54. | **Thornton Tomasetti Group** | **Unsecured Claims** | **$ 1,464.65** |
| 55. | **Timothy J. Colleran**<br>3450 N. Lake Shore Drive<br>#3006<br>Chicago, IL 60657 | **Priority Claims** | **$ 22,845.00** |
| 56. | **TrizecHahn**<br>Two North LaSalle Mgm Slot 30242<br>PO Box 66973<br>Chicago, IL 6066-0973 | **Unsecured Claims** | **$ 44,816.14** |
| 57. | **Trizechahn Two North LaSalle Mgnt LP**<br>TrizecHahn Regional Pooling LLC<br>PO Box 406920<br>Atlanta, GA 30384-6920 | **Unsecured Claims** | **$ 45,023.97** |
| 58. | **T-Shirts Direct**<br>770 N. LaSalle Street<br>Suite 602<br>Chicago, IL 60610 | **Unsecured Claims** | **$ 63.45** |
| 59. | **Universal Press**<br>6125 W. Howard<br>Niles, IL 60714 | **Unsecured Claims** | **$ 2,710.40** |

In re:   nexgen building solutions, llc                                                    Case No. _____

| 60. | Waste Management of Illinois NW<br>PO Box 278<br>Franklin Park, IL 60131-0278 | Unsecured Claims | $ 1,702.72 |
| 61. | Wells Fargo Financial Leasing, Inc.<br>PO Box 39345<br>Edina, MN 55439 | Unsecured Claims | $ 30,000.00 |
| 62. | Windy City Fire Protection<br>2105 Lunt Ave<br>Elk Grove, IL 60007 | Unsecured Claims | $ 260.00 |

In re:    **nexgen building solutions, llc**                                          Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **nexgen building solutions, llc**, named as debtor in this case, declare under penalty of perjury that I have read the
foregoing Numbered Listing of Creditors, consisting of **8 sheets** (not including this declaration), and that it is true to the
best of my information and belief.

Signature:  _____

nexgen building solutions, llc

Dated:    _21 Feb 02_____